IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| JAMES CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the motion of the Defendant for an order releasing him to inpatient treatment at the "Miracles" Treatment Program at the Siena/Francis House.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. On Wednesday, May 20, 2015, the defendant is to be released from his place of incarceration to be admitted on that same day to the "Miracles" Treatment Program at the Siena/Francis House, 1702 Nicholas Street, Omaha, Nebraska.

2. The Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

3. The Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with the Defendant's counselors and therapists affiliated with the "Miracles" Treatment Program.

4. The defendant shall also abide by all the terms and conditions of his supervised release previously imposed.

5. Should the defendant be discharged prior to the satisfactory completion of the program, or otherwise violate any condition of this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

Dated this 19th day of May, 2015.

BY THE COURT:

 s/Joseph F. Bataillon
The Honorable Joseph F. Bataillon
Senior United States District Court Judge